FILED
February 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002410192

3

1 CLIFFORD W. STEVENS (SBN: 148918)
SUZANNE E. KENNEDY (SBN: 251339)
2 NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
3 Post Office Box 20
Stockton, CA 95201-3020
4 Telephone: (209) 948-8200
Facsimile: (209) 948-4910
5
Attorneys for Chapter 7 Trustee,
6 GARY FARRAR

7 UNITED STATES BANKRUPTCY COURT

8 EASTERN DISTRICT OF CALIFORNIA

9 MODESTO DIVISION

| | |
|---|---|
| EDDIE A. JEBRI AND WAYLET M. JEBRI<br>Debtors, | Case No. 09-92985-D-7<br><br>CHAPTER 7<br><br>D.C. No. SEK-1<br><br>MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY OF THE ESTATE<br><br>Date: March 10, 2010<br>Time: 10:30 a.m.<br>Place: U.S. Bankruptcy Court<br>      1200 I Street, Suite 4<br>      Modesto, California<br><br>Judge: Hon. Ronald H. Sargis |

Gary Farrar, the chapter 7 trustee ("Trustee"), hereby moves the court for an order to authorize the sale of personal property pursuant to 11 U.S.C. § 363 (b) and alleges as follows:

1. Debtors Eddie A. Jebri and Waylet M. Jebri (hereinafter collectively referred to as "Debtors") filed a chapter 7 bankruptcy petition on September 16, 2009; moving party was subsequently appointed as the duly acting and authorized trustee.

2. Debtors own personal property of the estate consisting of the following (hereinafter "Personal Property"):

///

---

Motion for Order Authorizing Sale of Personal Property of the Estate

603523-1

| Type of Property | Location of Property |
|---|---|
| Any and all interest and property Debtors may have or own in machinery, fixtures, equipment and supplies used in the business, inventory, leaseholds, and shares in the business entity City Cell Wireless, or any other interest the Debtors may have in the business City Cell Wireless, at the location stated herein. | City Cell Wireless<br>1166 N. Main Street<br>Manteca, CA |
| Any and all interest and property Debtors may have or own in machinery, fixtures, equipment and supplies used in the business, inventory, leaseholds, and shares in the business entity City Cell Wireless, or any other interest the Debtors may have in the business City Cell Wireless, at the location stated herein. | City Cell Wireless<br>1612 Oakdale Road<br>Modesto, CA |
| Any and all interest and property Debtors may have or own in machinery, fixtures, equipment and supplies used in the business, inventory, leaseholds, and shares in the business entity City Cell Wireless, or any other interest the Debtors may have in the business City Cell Wireless, at the location stated herein. | City Cell Wireless<br>2525 McHenry Avenue<br>Modesto, CA |
| Any and all interest and property Debtors may have or own in machinery, fixtures, equipment and supplies used in the business, inventory, leaseholds, and shares in the business entity EZ Wireless, or any other interest the Debtors may have in the business EZ Wireless, at the location stated herein. | EZ Wireless<br>1449 Hulsey Way<br>Manteca, CA |
| Any and all interest and property Debtors may have or own in machinery, fixtures, equipment and supplies used in the business, inventory, leaseholds, and shares in the business entity EZ Wireless, or any other interest the Debtors may have in the business EZ Wireless, at the location stated herein. | EZ Wireless<br>1778 Mitchell Road<br>Ceres, CA |
| Any and all interest and property Debtors may have or own in machinery, fixtures, equipment and supplies used in the business, inventory, leaseholds, and shares in their business W. Wireless, or any other interest the Debtors may have in the business W. Wireless at the location stated herein. | W. Wireless<br>3025 McHenry Avenue<br>Modesto, CA |

1      3.     The Personal Property is now part of the bankruptcy estate.

2      4.     The Trustee has investigated the value of the Personal Property by speaking with potential buyers and evaluating the Debtors' stated values of the Personal Property as listed in Schedule C. Based on his investigation, the Trustee believes that this sale of the Personal Property will be in the best interest of the estate.

5. Subject to bankruptcy court approval, Debtors have agreed to purchase the Personal Property and the trustee has agreed to sell the Personal Property. The proposed purchase price for the estates' interest in the Personal Property is $31,750.00. Of that amount, $16,750.00 of the purchase price will be credited to the Debtors for the exemptions claimed in the Personal Property as listed in Debtors' Schedule C, and $15,000.00 will be paid, in cash or readily available funds, by Debtors to the Trustee.

6. Debtors will take the Personal Property subject to all existing encumbrances on the Personal Property, including any liens that may encumber the Personal Property. The Personal Property is sold "AS IS, WHERE IS," without express or implied warranties as to fitness for a particular purpose or merchantability.

7. The proposed sale is subject to overbid on substantially the same terms and conditions as the pending sale. If a bidder other than the Debtors purchases the Personal Property, $16,750.00 will be paid to the Debtors for the exemptions claimed in the Personal Property, and all other amounts will be paid to the estate. The successful bidder will take the Personal Property subject to all existing encumbrances on the Personal Property, including any liens that may encumber the Personal Property.

WHEREFORE, the Trustee requests that the court order that the sale is authorized.

Dated: February 10, 2010

NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION

By: _____
SUZANNE E. KENNEDY
Attorneys for Chapter 7 Trustee
GARY FARRAR